UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COVENANT HEALTH,
280 Ft. Sanders West Blvd.
Knoxville, TN 37922

    Plaintiff,

v.

EXECUTIVE RISK INDEMNITY INC.
82 Hopmeadow Street
Simsbury, CT 06070

    Defendant.

Case No.: 1:06-MS-00249 (PLF)

## ROSS, DIXON & BELL, LLP'S MOTION FOR PROTECTIVE ORDER

Ross, Dixon & Bell, LLP ("RDB") files this Motion for Protective Order in connection with a subpoena issued to it by Covenant Health (the "Subpoena"). In support of this motion, RDB states the following:

1.    Covenant Health served the subpoena on RDB in connection with an insurance coverage action pending in the United States District Court for the Eastern District of Tennessee, styled *Covenant Health v. Executive Risk Indemnity Inc.*, No. 3:05-CV-549 (E.D. Tenn.) (the "Coverage Action").

2.    RDB serves as coverage counsel to Executive Risk Indemnity Inc. ("ERII") in connection with the underlying claim at issue in the Coverage Action. After Covenant Health filed the Coverage Action, Executive Risk retained Wiley, Rein & Fielding to represent its interests in that litigation.

RECEIVED
JUN - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The Subpoena, a copy of which is attached as Exhibit 1, generally seeks documents and information related to RDB's representation of ERII in connection with the issues being litigated in the Coverage Action. Specifically, as ERII explained in its Motion to Quash Subpoena Issued To Its Counsel, Ross, Dixon & Bell, LLP, filed on May 30, 2006 (the "Motion to Quash"), the Subpoena seeks to invade the attorney-client privilege and breach the attorney-work product doctrine. Moreover, the Subpoena is unduly burdensome because it seeks cumulative discovery already sought from, and produced by, ERII in the Coverage Action.

4. In further support of this Motion, RDB adopts and incorporates by reference the arguments set forth in the Motion To Quash.

5. As indicated in the Motion to Quash, RDB cannot comply with the Subpoena because ERII, as holder of the attorney-client privilege, has asserted that the documents sought are privileged. *See, e.g.*, Rule 1.6 of the District of Columbia Rules of Professional Conduct (a lawyer "shall not knowingly . . . (1) Reveal a confidence or secret of the lawyer's client; [or] (2) Use a confidence or secret of the lawyer's client to the disadvantage of the client. . . .").

6. The balance of the information sought in the Subpoena constitutes either attorney-work product or information already produced by ERII in the Coverage Action.

Accordingly, pursuant to Fed. R. Civ. P. 26(c), RDB respectfully requests that this Court issue a protective order shielding RDB from the improper Subpoena. Further, RDB requests that this Court quash the Subpoena.

### LOCAL CIVIL RULE 7(m) CERTIFICATION

Undersigned counsel explained to counsel for Covenant Health on May 25, 2006 that the subpoena improperly seeks privileged documents and, moreover, is overbroad, burdensome, and

cumulative. On May 26, 2006, Mary Borja, counsel for ERII, asked Covenant Health to withdraw its subpoena. Covenant Health has refused to withdraw its subpoena.

Date: June 1, 2006

_____
Cathy A. Simon, D.C. Bar. No. 929794
Erik M. Pritchard, D.C. Bar No. 474293
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, DC 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

338241 v 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2006, I caused copies of the foregoing Motion For Protective Order Filed By Ross, Dixon & Bell, LLP and proposed order to be sent via first class mail to the following:

>Martin B. Bailey
>Mark N. Foster
>Wagner, Myers & Sanger, PC
>1801 First Tennessee Plaza
>PO Box 1308
>Knoxville, TN  37901-1308
>
>*Counsel for Plaintiff Covenant Health*
>
>Mary E. Borja
>Wiley Rein & Fielding LLP
>1776 K Street, N.W.
>Washington, D.C. 20006
>(202) 719-7000
>(202) 719-7049 (fax)
>
>*Counsel for Defendant Executive Risk Indemnity Inc.*

_____
Erik M. Pritchard

338241 v 1