UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVENANT HEALTH,<br><br>　Plaintiff,<br><br>　v.<br><br>EXECUTIVE RISK INDEMNITY INC.<br><br>　Defendant. | Misc. No.: |

### ORDER

Upon consideration of the Motion For Protective Order Filed By Ross, Dixon & Bell, LLP, it is hereby

ORDERED that the Motion for Protective Order is GRANTED, and it is

FURTHER ORDERED that the subpoena issued by Covenant Health to Ross, Dixon & Bell, LLP is QUASHED.

Dated: _____, 2006　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

338241 v1