UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COVENANT HEALTH,
280 Ft. Sanders West Blvd.
Knoxville, TN 37922

    Plaintiff,

v.

EXECUTIVE RISK INDEMNITY INC.
82 Hopmeadow Street
Simsbury, CT 06070

    Defendant.

Case No. 1:06-MS-00249 (PLF)

**FILED**

JUN 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AGREED ORDER

WHEREFORE, on May 16, 2006, Covenant Health served a subpoena duces tecum on Ross, Dixon & Bell, LLP (the "Subpoena");

WHEREFORE, on June 1, 2006, Ross, Dixon & Bell ("RDB") filed a motion for a protective order relating to the Subpoena ("Motion"); and

IT APPEARING TO THE COURT that the parties are in agreement;

IT IS HEREBY ORDERED that Covenant Health's Opposition to RDB's Motion shall be due on June 23, 2006.

Dated: 6/14/06

Judge Paul L. Friedman, United States District
Court for the District of Columbia

SEEN AND AGREED TO

By: _____  By: _____
Michael J. Klisch, D.C. Bar #429711        Cathy A. Simon, D.C. Bar #929794
Anthony A. Stenger, D.C. Bar #477677       Erik M. Pritchard, D.C. Bar #474293
COOLEY GODWARD LLP                         ROSS, DIXON & BELL, LLP
One Freedom Square                         2001 K Street, N.W.
Reston Town Center                         Washington, DC 20006-1040
11951 Freedom Drive                        Telephone: (202) 662-2000
Reston, VA 20190                           Facsimile: (202) 662-2190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, a true copy of the foregoing was sent by regular mail to:

Cathy A. Simon
Erik M. Pritchard
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, DC 20006-1040

Mary E. Borja
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006

Counsel for Defendant

*Anthony A. Stenger*

280876 v1/RE